# Schulte Roth&Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2048

Writer's E-mail Address
ronald.richman@srz.com

June 19, 2009

**VIA HAND DELIVERY**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

Re: *International Business Machines Corporation ("IBM") v. Johnson*, Case No. 09-CIV-4826 (SCR)

Dear Judge Robinson:

We are co-counsel along with Morgan, Lewis & Bockius LLP for the defendant, David Johnson, in the referenced action. We write to respectfully request the Court's permission to file under seal the enclosed Supplemental Memorandum of Law In Opposition to Internal Business Machine's Motion for a Preliminary Injunction ("Supplemental Memorandum"). The Supplemental Memorandum addresses critical facts discovered through the expedited depositions of IBM's key human resources representatives and 30(b)(6) witnesses on the policies and procedures relating to non-competition agreements – all facts that address the threshold issue in this matter and of which Mr. Johnson was not aware at the time his opposition brief was required to be filed. Moreover, as noted in our separate letter to Your Honor of earlier today, IBM did not file their reply memorandum on time and, by doing so, gained the strategic advantage of being able to incorporate testimony from all deposition witnesses in their brief while Mr. Johnson has not had the opportunity to address the deposition testimony of *any* witness due to the deposition and briefing schedule.

We are serving a copy of the enclosed Supplemental Memorandum upon counsel to IBM today.

SRZ-10923711.1

*[Handwritten annotation:] Deemed letter motion. Motion to file under seal granted. SO ORDERED [signature] 6/19/09*

Honorable Stephen C. Robinson
June 19, 2009
Page 2

        Thank you in advance for Your Honor's attention to this request.

                                    Respectfully submitted,

                                    Ronald E. Richman

Enclosure

cc:    Michael L. Banks
       Evan R. Chesler (via hand delivery)
       Stephen S. Madsen (via hand delivery)

SRZ-10923711.1