UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Fu paid
$ 455ᵉᶜ
E6 858*

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                                                Plaintiff,

                -against-                                        No. 09-cv-4826 (SCR) (LMS)

DAVID L. JOHNSON,

                                                Defendant.

## NOTICE OF APPEAL

        PLEASE TAKE NOTICE that plaintiff INTERNATIONAL BUSINESS

MACHINES CORPORATION hereby appeals to the United States Court of Appeals for

the Second Circuit from each and every part of the annexed Memorandum Decision and

Order of this Court entered June 26, 2009.

June 26, 2009

                                        CRAVATH, SWAINE & MOORE LLP

                                        By

                                                Evan R. Chesler
                                                (EChesler@Cravath.com)
                                                Stephen S. Madsen
                                                (SMadsen@Cravath.com)
                                                Members of the Firm

                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        New York, NY 10019
                                        (212) 474-1000

                                        *Attorneys for Plaintiff International
                                        Business Machines Corporation*