UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
International Business Machines Corporation,  :
                    Plaintiff,  :     Civ. No.09-cv-4826 (SCR)
                - against -  :
David L. Johnson,  :     **NOTICE OF MOTION**
                    Defendant.  :
------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Defendant's Motion to Dismiss and to Stay Discovery, the Declaration of Sara E. Solfanelli, dated July 9, 2009, and all exhibits attached thereto, and upon all prior pleadings and proceedings had herein, Defendant David L. Johnson will move this Court, before the Honorable Stephen C. Robinson, United States District Judge, at the United States Courthouse located at 300 Quarropas Street, Room 633, White Plains, New York, on a date and time to be determined by this Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing, with prejudice, Count III and Count IV in the Amended Complaint filed by Plaintiff on June 24, 2009, and for such other and further relief as this Court deems just and proper.

Dated: July 9, 2009
       New York, New York

                                       SCHULTE ROTH & ZABEL LLP

                                       By: /s/ (SES)
                                       Ronald E. Richman
                                       Holly H. Weiss
                                       Sara E. Solfanelli
                                       SCHULTE ROTH & ZABEL LLP
                                       919 Third Avenue
                                       New York, NY 10022
                                       Telephone: (212) 756-2048
                                       Facsimile: (212) 593-5955
                                       ronald.richman@srz.com

SRZ-10933538.1

Michael L. Banks
Michael S. Burkhardt
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Defendant David L. Johnson*

SRZ-10933538.1