UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

                Plaintiff,

v.

DAVID L. JOHNSON,

                Defendant.

09-CV-4826 (SCR)

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice.

Dated: April 28, 2010

CRAVATH, SWAINE & MOORE LLP

By: _____
    Evan R. Chesler
    Stephen S. Madsen
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 10019

*Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

By: _____
    Ronald E. Richman
    Sara Solfanelli
    919 Third Avenue
    New York, New York 10022

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Michael L. Banks
    Michael S. Burkhardt
    1701 Market Street
    Philadelphia, PA 19103

*Attorneys for Defendant*

SO ORDERED:

———————————————
Stephen C. Robinson
United States District Judge